# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL DYER,<br><br>      Plaintiff,<br><br>    v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>      Defendant. | Case No. 1:13-cv-01396-LJO-SAB<br><br>ORDER RE SCHEDULING CONFERENCE<br><br>RESPONSE DUE WITHIN SEVEN (7) DAYS |

    An initial scheduling conference is scheduled to take place on December 3, 2013. However, to date, Defendant Enhanced Recovery Company, LLC ("Defendant") has not made an appearance in this action. An executed summons filed on September 4, 2013 indicates that Defendant's responsive pleading was due on September 25, 2013. No responsive pleading has been filed and Plaintiff April Dyer ("Plaintiff") has not sought entry of default against Defendant.

    Accordingly, the Court will order Plaintiff to provide the Court with a status report regarding this action. In this status report, Plaintiff shall apprise the Court whether default will be sought against Defendant and whether the December 3, 2013 scheduling conference should proceed as scheduled.

///

In accordance with the foregoing, it is HEREBY ORDERED that, within seven (7) days, Plaintiff shall file a status report regarding the status of this case or in the alternative seek entry of default.

IT IS SO ORDERED.

Dated: **November 18, 2013**

UNITED STATES MAGISTRATE JUDGE