1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11  APRIL DYER,

12          Plaintiff,

13      v.

14  ENHANCED RECOVERY COMPANY, LLC,

15

16          Defendant.

Case No.  1:13-cv-01396-LJO-SAB

ORDER RE SCHEDULING CONFERENCE

RESPONSE DUE WITHIN SEVEN (7) DAYS

17

18      An initial scheduling conference is scheduled to take place on December 3, 2013.

19  However, to date, Defendant Enhanced Recovery Company, LLC ("Defendant") has not made

20  an appearance in this action.  An executed summons filed on September 4, 2013 indicates that

21  Defendant's responsive pleading was due on September 25, 2013.  No responsive pleading has

22  been filed and Plaintiff April Dyer ("Plaintiff") has not sought entry of default against

23  Defendant.

24      Accordingly, the Court will order Plaintiff to provide the Court with a status report

25  regarding this action.  In this status report, Plaintiff shall apprise the Court whether default will

26  be sought against Defendant and whether the December 3, 2013 scheduling conference should

27  proceed as scheduled.

28  / / /

1

1    In accordance with the foregoing, it is HEREBY ORDERED that, within seven (7) days,

2  Plaintiff shall file a status report regarding the status of this case or in the alternative seek entry

3  of default.

4

5  IT IS SO ORDERED.

6    Dated:   **November 18, 2013**

UNITED STATES MAGISTRATE JUDGE

2