1

G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**

2

15760 Ventura Blvd., Suite 1100
Encino, CA 91436

3

Direct Dial: (818) 907-2030
Fax: (818) 205-3730

4

tom@plglawfirm.com
Attorneys for Plaintiff,

5

APRIL DYER

6

7

8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

9

10

APRIL DYER,

**Case No.: 13-cv-01396-LJO-SAB**

11

Plaintiff,

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

12

vs.

13

14

ENHANCED RECOVERY
COMPANY, LLC; and DOES 1 to 10,
inclusive,

15

16

Defendants.

17

18

Pursuant to FRCP 41a(1), Plaintiff, APRIL DYER, by and through her

19

attorneys, hereby voluntarily dismisses the above-entitled case with prejudice.

20

21

RESPECTFULLY SUBMITTED,

DATED:  November 18, 2013     **PRICE LAW GROUP APC**

22

By: /s/ G. Thomas Martin, III

23

G. Thomas Martin, III
Attorney for Plaintiff

24

25

- 1 -