UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL DYER, | CASE NO. CV F 13-1396 LJO SAB |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 8.) |
| vs. | |
| ENHANCED RECOVERY COMPANY, LLC, | |
| Defendants. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES with prejudice this entire action and all claims;

2. VACATES all pending matters and dates, including the December 3, 2013 scheduling conference; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

   Dated:   **November 19, 2013**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28