# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL DYER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>　　　　　Defendant. | Case No. 1:13-cv-01396-LJO-SAB<br><br>ORDER VACATING PRIOR ORDER |

A scheduling conference in this action is scheduled for December 3, 2013 at 9:30 a.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone. On November 18, 2013, Plaintiff April Dyer filed a notice of voluntary dismissal. (ECF No. 8.) On November 18, 2013, the Court issued an order requesting a status report. (ECF No. 7.) In light of the notice of voluntary dismissal, the Court will vacate the November 18, 2013 order. The parties need not file a status report nor seek entry of default.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1     In accordance with the foregoing, it is HEREBY ORDERED that the Court's November 18, 2013 Order re Scheduling Conference is VACATED.

IT IS SO ORDERED.

Dated: **November 19, 2013**

UNITED STATES MAGISTRATE JUDGE