# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL DYER,<br><br>           Plaintiff,<br><br>      v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>           Defendant. | Case No.  1:13-cv-01396-LJO-SAB<br><br>ORDER VACATING PRIOR ORDER |

A scheduling conference in this action is scheduled for December 3, 2013 at 9:30 a.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone.  On November 18, 2013, Plaintiff April Dyer filed a notice of voluntary dismissal.  (ECF No. 8.)  On November 18, 2013, the Court issued an order requesting a status report.  (ECF No. 7.)  In light of the notice of voluntary dismissal, the Court will vacate the November 18, 2013 order.  The parties need not file a status report nor seek entry of default.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1    In accordance with the foregoing, it is HEREBY ORDERED that the Court's November
2 18, 2013 Order re Scheduling Conference is VACATED.

IT IS SO ORDERED.

    Dated: **November 19, 2013**

UNITED STATES MAGISTRATE JUDGE